```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
S&R WORLDWIDE,        :
          :
         Plaintiff,     :
          :     22-cv-9238 (LJL)
     -v-          :
          :     <u>ORDER</u>
NEUTRACEUTICAL WELLNESS INC., :
          :
         Defendant.   :
          :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial pretrial conference today, March 10, 2023. Defendant has not yet been served. Plaintiff is ordered to either serve Defendant by April 10, 2023, or to show cause, if Plaintiff has not yet served Defendant by April 10, 2023, why the case should not be dismissed for failure to make timely service of process.

      SO ORDERED.

Dated: March 10, 2023                  _____
      New York, New York                LEWIS J. LIMAN
                                   United States District Judge